UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREAK LITIGATION

Case No. 25-md-3159
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*ALL ACTIONS*

_____/

### ORDER FOR JOINT STATEMENT

For the reasons stated at the August 19, 2025 status conference, the Court orders the parties to meet and confer about case management issues. The parties must file a joint statement by September 8, 2025 setting forth points of agreement and disagreement. In addition to any issues the parties wish to address, their joint statement should consider the following:

(i) Whether to have regularly scheduled conferences with the Court;

(ii) When to pursue ADR and who might be the appropriate facilitator;

(iii) Whether discovery should continue to be deferred;

(iv) Whether a schedule should be established, and if so, what deadlines should now be established;

(v) Whether the briefing on issues can be consolidated in some fashion; and

(vi) Any agreements for adjustments to current dates for responding to the complaints.

The parties must also submit any agreements they wish to memorialize as proposed stipulated orders in MS-Word format (.doc, .docx) via the CM/ECF Utilities function by September 8, 2025.

**SO ORDERED.**

Dated: August 20, 2025  
Detroit, Michigan

s/Mark A. Goldsmith_____  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2025.

                                                      s/Joseph Heacox
                                                      JOSEPH HEACOX
                                                      Case Manager