**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE: KEFFER DEVELOPMENT**
**SERVICES, LLC, DATA SECURITY**
**BREACH LITIGATION**                              Case No. 25-md-3159
                                                   HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*ALL ACTIONS*

_____/

## ORDER DIRECTING THE CLERK OF COURT TO REFUND FILING FEES

On September 3, 2025, two civil complaint filing fees were erroneously paid to the Clerk of Court when refiling the transferor Court complaints from the United States District Court for the District of Massachusetts (Dkt. 6) and the United States District Court for the Middle District of North Carolina (Dkt. 7) onto this Court's master MDL docket.

Accordingly, the Clerk of Court is directed to refund the filing attorney, Lisa Esser of Sommers Schwartz, P.C., in the total amount of $810.00 as follows:

| *Payment Date* | *Receipt Number* | *Refund Amount* |
|---|---|---|
| *9/3/2025* | *AMIEDC-10387747* | *$405.00* |
| *9/3/2025* | *AMIEDC-10387751* | *$405.00* |

**SO ORDERED.**

Dated: September 4, 2025                s/Mark A. Goldsmith
Detroit, Michigan                       MARK A. GOLDSMITH
                                        United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 4, 2025.

                                              s/Joseph Heacox
                                              JOSEPH HEACOX
                                              Case Manager