# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN RE: KEFFER DEVELOPMENT SERVICES, LLC, DATA SECURITY BREACH LITIGATION**

Case No. 25-md-3159
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
25-cv-10806

_____/

## STIPULATED ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

In accordance with the stipulation of their counsel, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Counts X, XVI, XVIII, XIX, XX and XXI, are dismissed without prejudice as to the University of Michigan and the Regents of the University insofar as those claims are directed against them.

**SO ORDERED**.

Dated: September 8, 2025
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

- 2 -

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

| | |
|---|---|
| s/ with the consent of<br>Parker Stinar<br>280 West Maple<br>Suite 230<br>Birmingham, Michigan  48009<br>(248) 232-7409<br>parker@sgghlaw.com<br>(P75252) | s/ Daniel B. Tukel<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan 48084<br>(248) 258-1616<br>tukel@butzel.com<br>(P34978) |