UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION

Case No. 25-md-3159
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
25-cv-10806

_____/

## SECOND STIPULATED ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation of counsel, the Court orders as follows:

**IT IS HEREBY ORDERED** that Counts IX, XI, XII, XIII, XIV and XV of Plaintiffs' First Consolidated Class Action Complaint (ECF No. 14), are dismissed *without prejudice* as to the University of Michigan and the Regents of the University, only.

**SO ORDERED**.

Dated: September 8, 2025
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

- 2 -

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Parker Stinar
280 West Maple
Suite 230
Birmingham, Michigan 48009
(248) 232-7409
parker@sgghlaw.com
(P75252)
*Attorneys for Plaintiffs*

s/ Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)
*Attorneys for University of Michigan and Regents of the University*