## **INDEX OF EXHIBITS FOR MTD**

A	*Chen v. Hillsdale College*

B	*Malick v. Croswell-Lexington Schools*