UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION

MDL No. 2:25-MD-03159-MAG
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*Case No. 2:25-cv-10806*

_____/

## STIPULATED ORDER ADDING ATTORNEY SAMUEL J. SCHILLER TO THE EXECUTIVE COMMITTEE

In accordance with the stipulation of interim co-lead counsel, and the Court

being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Court's Order Appointing Executive

Committee dated June 23, 2025 (ECF No. 72) is amended only to add Attorney

Samuel J. Schiller.

**SO ORDERED.**

Dated: September 22, 2025                    s/Mark A. Goldsmith
Detroit, Michigan                           MARK A. GOLDSMITH
                                            United States District Judge

**I STIPULATE TO THE ENTRY
OF THE ABOVE ORDER:**

*/s/ Parker G. Stinar*
**Parker G. Stinar**
Stinar Gould Grieco & Hensley
280 West Maple, Ste. 230
Birmingham, MI 48009
313-895-7227
Email: parker@sgghlaw.com
**Co-lead counsel for Plaintiffs**

*/s/ James Joseph Pizzirusso*
**James Joseph Pizzirusso**
Hausfeld LLP
1200 17th Street, NW
Suite 600
Washington, DC 20036
202-540-7200
Fax: 202-540-7201
Email: jpizzirusso@hausfeld.com
**Co-lead counsel for Plaintiffs**

*/s/ James Gerard Stranch, IV*
**James Gerard Stranch, IV**
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Freedom Building
Ste 200
Nashville, TN 37203
615-254-8801
Fax: 615-250-3937
Email: gstranch@stranchlaw.com
**Co-lead counsel for Plaintiffs**

*/s/ Samuel J. Schiller*
**Samuel J Schiller**
Schiller Law Firm
4113 Cumby Rd
Cookeville, TN 38501
931-528-5050
Email: sjs@schillerlawfirm.com