UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC, DATA SECURITY
BREACH LITIGATION

MDL No. 2:25-MD-03159
HON. MARK A. GOLDSMITH

*THIS DOCUMENT RELATES TO:*
*Case No. 1:25-cv-00303*
*Case No. 5:25-CV-00827*
*Case No. 1:25-CV-11151*
*Case No. 1:25-CV-04233*

_____/

**STIPULATED ORDER SETTING DEADLINES FOR INITIAL ANSWERS AND/OR MOTIONS TO DISMISS, RESPONSES AND REPLIES BETWEEN PLAINTIFFS AND DEFENDANTS KEFFER DEVELOPMENT SYSTEMS, LLC, MALONE UNIVERSITY, SIMMONS UNIVERSITY, HIGH POINT UNIVERSITY AND SELECT MEDICAL AND NOVA CARE ONLY**

In accordance with the stipulation of their counsel, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Defendants Keffer Development Systems, LLC, Malone University, Simmons University, High Point University and Select Medical and NovaCare Rehabilitation in Case No. 1:25-cv-00303 (NC), Case No. 5:25-CV-00827(OH), Case No. 1:25-CV-11151(MA), and/or Case No. 1:25-CV-04233 (IL), *only*, shall have until October 17, 2025, to file their first responsive pleadings or motions.  Thereafter, Plaintiffs shall have until November 28, 2025, to

file responses to any first responsive motions filed by the aforementioned Defendants in Case No. 1:25-cv-00303 (NC), Case No. 5:25-CV-00827(OH), Case No. 1:25-CV-11151(MA), and Case No. 1:25-CV-04233 (IL).  These Defendants shall thereafter have until <u>January 9, 2026</u> to file replies.

    **SO ORDERED.**

Dated: September 22, 2025       s/Mark A. Goldsmith
Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge


**I STIPULATE TO THE ENTRY
OF THE ABOVE ORDER:**


<u>/s/ *Edward J. McAndrew*</u>
Edward J. McAndrew
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, Pennsylvania, 19103
Telephone: 215.564.8386
Email: emcandrew@bakerlaw.com
**Counsel for Malone University**

*s/ Jordan P. Shuber*
Jordan P. Shuber
**DILLON MCCANDLESS KING
COULTER & GRAHAM, LLP**
128 West Cunningham Street
Butler, PA 16001
Telephone: 724.283.2200
Email: jshuber@dmkcg.com
**Counsel for Keffer Development Services, LLC**

<u>/s/Starr T. Drum</u>
Starr T. Drum

Tyler Anders
**POLSINELLI PC**
2000 Southbridge Parkway, Suite 301
Birmingham, Alabama 35209
Tel.: (205) 963-7136
sdrum@polsinelli.com
tanders@polsinell.com
**Counsel for Simmons University**

*/s/ Brian H. Myers*
Brian H. Myers
**Wilson Elser Moskowitz Edelman & Dicker**
1500 K Street NW, Suite 330
Washington, DC 20005
(202) 626-7695
brian.myers@wilsonelser.com
**Counsel for Select Medical and NovaCare Rehabilitation**

*/s/ Sarah Motley Stone*
Sarah Motley Stone
(N.C. State Bar No. 34117)
Christopher W. Jones
(N.C. State Bar No. 27265)
Zachary S. Buckheit
(N.C. State Bar No. 55123)
**WOMBLE BOND DICKINSON (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Phone: (919) 755-8173
Email: chris.jones@wbd-us.com
sarah.stone@wbd-us.com
zach.buckheit@wbd-us.com
**Counsel for High Point University**


*/s/Lisa M. Esser*
Lisa M. Esser

(MI State Bar No. P70628)
Richard L. Groffsky
(MI State Bar No. P32992)
Jason J. Thompson
(MI State Bar No. P47184)
Matthew G. Curtis
(MI State Bar No. P37999)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, MI 48076
(248)355-0300
Email: lesser@sommerspc.com
rgroffsky@sommerspc.com
mcurtis@sommerspc.com
jthompson@sommerspc.com
**Counsel for Plaintiffs**

*/s/ Megan A. Bonanni*
Megan A. Bonanni
(MI State Bar No. P52079)
Kevin M. Carlson
(MI State Bar No. P67704)
Beth M. Rivers
(MI State Bar No. P33614)
Danielle Y. Canepa
(MI State Bar No. P82237)
**PITT MCGEHEE PALMER BONANNI & RIVERS**
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
mbonnani@pittlawpc.com
kcarlson@pittlawpc.com
brivers@pittlawpc.com
dcanepa@pittlawpc.com
**Counsel for Plaintiffs**


By: */s/ David Selby, II*
David L. Selby, II (admission pending)

BAILEY & GLASSER LLP
3000 Riverchase Galleria, Suite 905
Birmingham AL 35244
Phone: (205) 628-7575
dselby@baileyglasser.com
**Counsel for Plaintiffs**

By:*/s/Patrick Lannen*
Patrick Lannen
Erik Johnson
STINAR GOULD GRIECO & HENSLEY, PLLC
280 W. Merrill Street, Suite 230
Birmingham, Michigan 48009
patrick@sgghlaw.com
(269) 370-1746
erik@sgghlaw.com
(248) 221-8561
**Counsel for Plaintiffs**