# Exhibit A

Case 2:25-cv-03559-MAG-ECD Document 1 Page 1 of 6 Filed 04/28/25 Page 1 of 6

**From:** U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov>
**Sent:** Monday, March 31, 2025 6:13 PM
**To:** █████████████████████████
**Subject:** U.S. Department of Justice - VNS - Investigative Case 288A-DE-3728795 - Court Case 25-CR-20165

DO NOT REPLY TO THIS EMAIL.



March 31, 2025

**U.S. Department of Justice**
Eastern District of Michigan
Suite 2001
211 W. Fort St.
Detroit, MI 48226-3211
Phone: 1-844-527-5299
Email: USAEO.MCAP@usdoj.gov

█████████████████████

Re: United States v. Defendant(s) Matthew Weiss
    Case Number 2023R00208 and Court Docket Number 25-CR-20165

Dear ████████████████:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation

of the above criminal case.

As a result of the numerous inquiries regarding the United States v. Matthew Weiss matter, below please find information as to the most frequently asked questions (FAQ).

- **What are the charges?**

*The defendant was charged with 10 counts of Unauthorized Access (18 U.S.C. section 1030) and 14 counts of Aggravated Identity theft (18 U.S.C. section 1028(A)(a)(1)). The indictment can be found by going here:* https://www.justice.gov/usao-edmi/us-v-matthew-weiss .

- **How was I personally affected?**

The investigation has identified more than 3,300 victims of Unauthorized Account Access. These accounts include social media, cloud storage, and/or email accounts. If you were notified as a victim, you were identified among this group of individuals. The investigation has also identified more than 150,000 individuals whose personally identifiable information (PII) was obtained through unauthorized access to a third-party database. Additional PII was found, the exact source of which is <u>not</u> known. The quantity and type of information found for each individual varies. Notifications were not issued solely based on the defendant's possession of PII. If you were notified as a victim, it is because evidence was found indicating unauthorized access into at least one of your online accounts.

- **Which accounts of mine were accessed?**

*Accounts accessed include social media, cloud storage and email accounts. The FBI cannot definitively say the total number of accounts accessed for each individual. If you were notified as a victim, it is because evidence was found indicating unauthorized access into at least one of your online accounts. This evidence includes, but is not limited to, the defendant's documentation of access into victim accounts.*

- **Do we know what types of photos obtained?**

*The defendant had an assortment of photos; majority of them were private and sensitive in nature. Some also included photos of identity documents such as passports and driver's license.*

- **Did the defendant have any sensitive or private photos or videos of *all* the victims?**

*NO! The amount of data, existence of photos/video, and level of documentation varies for every individual. Additionally, we are not able to*

*confirm the identity of all individuals in photos and videos found in the investigation.*

*Victims notified in this case were notified because evidence was found indicating unauthorized access into at least one of their online accounts. In some cases, victims were identified through sensitive photos and/or videos found in the investigation. This is not the case for every victim in this investigation. The FBI cannot confirm which information, photos, or videos were viewed by the defendant.*

- **Were my photos/videos shared or posted online?**

*We have no indication the compromised information or content was further shared or distributed by the defendant. This investigation is ongoing and involves thousands of victims. We are not able to confirm the identity of all individuals in photos and videos found in this investigation.*

- **How was my personally identifying information taken?**

*There are multiple potential sources for the personally identifying information exposed in this investigation. We cannot attribute the exact source of all information exposed by the defendant in this case. One known source was the unauthorized access by the defendant of a third-party database. The investigation has identified more than 150,000 individuals who's personally identifying information was obtained through this access. Additional personally identifying information was found, the exact source of which is not known.*

- **Am I in danger?**

*There are many victims in this case, across a wide geographic area. We have no reason to believe you are in physical danger related to this investigation. If you have any concerns for your immediate physical safety, contact 9-1-1.*

If you have further questions, please reach out and contact the *Mega Victim Case Assistance Program (MCAP)* toll free 1(844)527-5299 (Monday through Friday from 8:30 am to 5:30 pm Eastern), or send an email to USAEO.MCAP@usdoj.gov. Please include your Victim Identification Number **(VIN)**, found in the closing paragraph of the first letter, when contacting MCAP via phone or email. If you are having technical difficulties with the Victim Notification System, please contact the VNS Help Desk at the numbers found in the closing of this notification. You can also check for notifications and updates at: https://www.justice.gov/usao-edmi/case/us-v-matthew-weiss .

A status hearing is scheduled before Judge Nancy Edmunds for April 15, 2025, 10:30 AM at Courtroom 811, 231 W Lafayette Blvd, Detroit, MI 48226 for defendant(s) Matthew Weiss. The purpose of this hearing is to determine if there are issues that the Court needs to address and to schedule any necessary future court dates.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the website to confirm the date and time. Please note, there is a 24-hour delay in information transfer to the website.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

**VIN information removed from forwarded message.**

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Alexandra Wyatt
Victim Services Coordinator

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the "Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk at phone number 1-866-625-1631 for assistance and questions.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.