**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: KEFFER DEVELOPMENT
SERVICES, LLC DATA SECURITY
BREACH LITIGATION

*THIS DOCUMENT RELATES TO:*
*25-CV-10806*

MDL No. 2:25-MD-03159-MAG

---

**INDEX OF EXHIBITS**

---

**Exhibit A**-Jane Doe UM Letter

**Exhibit B**-Mega Victim Email